# IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

24 JANUARY 2013

| 491P12 | In the Matter of: Tracey E. Cline | Petitioner's PWC to Review Order of COA (COA12-974) | Denied |
|---|---|---|---|
| 494P12 | Francisco Javier Lopez Reynoso and Maribel Morales Jardon v. Mallard Oil Company | 1. Plaintiff-Appellants' Motion for Temporary Stay<br><br>2. Plaintiff-Appellants' Petition for *Writ of Supersedeas*<br><br>3. Plaintiff'-Appellants' PDR | 1. Allowed **12/06/12**; Dissolved the Stay **01/24/13**<br><br>2. Denied<br><br>3. Denied |
| 497P12 | State v. Jay Mikal Brooks-Bey | 1. Def's *Pro Se* Motion for NOA (COAP12-994)<br><br>2. Def's *Pro Se* Petition for *Writ of Mandamus* | 1.<br><br>2. Denied **12/14/12** |
| 498P09-2 | Sheryl Boylan, Employee v. Verizon Wireless, Employer Sedwick, CMS, Carrier | 1. Defs' Petition for Writ of Supersedeas (COA12-856)<br><br>2. Defs' Notice of Appeal Based Upon a Dissent | 1. Allowed **01/23/13**<br><br>2. - - -<br><br>**Beasley, J., Recused** |
| 498P12 | State v. Timothy C. Autry | 1. Def's *Pro Se* NOA Based Upon a Constitutional Question (COA12-368)<br><br>2. Def's *Pro Se* Petition in the Alternative for Discretionary Review Under N.C.G.S. § 7A-31 | 1. Dismissed *Ex Mero Motu*<br><br>2. Denied |
| 499P12 | State v. Wayne Anthony Huss | 1. State's Motion for Temporary Stay (COA12-250)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **12/10/12**<br><br>2.<br><br>3.<br><br>**Beasley, J., Recused** |
| 500P12 | State v. William Adam Payseur | Def's *Pro Se* Petition for Actual Innocence (COA11-692) | Dismissed |
| 501P12 | State v. Jerry Wade Grice | 1. State's Motion for Temporary Stay (COA12-577)<br><br>2. State's Petition for *Writ of Supersedeas* | 1. Allowed **12/10/12**<br><br>2. |